IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:11-CV-00455

**BRENDA W. MOSES,**

       **Plaintiff,**

vs.

**WALMART STORES EAST, L.P.,**

       **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to the dismissal of Defendant Wal-Mart Stores East, L.P. as to all claims presented by the Complaint in this action <u>with prejudice</u>. It is further stipulated that no party shall seek an award of costs or attorneys' fees incurred in the prosecution or defense of this action.

This the 28th day of July, 2011.

| | |
|---|---|
| */s/Angela Newell Gray* | */s/ Julie K. Adams* |
| Angela Newell Gray, N.C. Bar No. 21006 | Angela B. Cummings, NC State Bar #26536 |
| Email: angela@graynewell.com | Email: acummings@littler.com |
| GRAY NEWELL, LLP | Julie K. Adams, N.C. State Bar #32773 |
| 7 Corporate Center Court, Suite B | Email: jkadams@littler.com |
| Greensboro, NC 27408 | LITTLER MENDELSON, P.C. |
| Telephone: 336-724-0330 | 100 North Tryon Street, Suite 4150 |
| Facsimile: 336-458-9359 | Charlotte, NC 28202 |
| | Telephone: 704.972.7000 |
| | Facsimile: 704.333.4005 |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Angela Newell Gray
Gray Newell, LLP
7 Corporate Center Court, Suite B
Greensboro, NC 27408
Telephone: 336-724-0330
Email: angela@graynewell.com

*Attorney for Plaintiff*

/s/ *Julie K. Adams*
Julie K. Adams, NC Bar #32773
Email: jkadams@littler.com
LITTLER MENDELSON, P.C.

*Attorney for Defendant*